UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22983-CIV-SEITZ/DUBE

MARTHA JAIME,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER AFFIRMING REPORT AND RECOMMENDATION

THIS MATTER is before the Court upon the Report and Recommendation ("Report") [DE 25] of the Honorable Robert L. Dube, United States Magistrate Judge, to which the parties do not object. Judge Dube recommends that the Court award Plaintiff $5,204.00 in attorney fees and expenses, as well as $350.00 in filing costs. Judge Dube also recommends that the fees should be directly payable to Plaintiff's counsel, Luis A. Segarra, Esq. Having reviewed the Report, Plaintiff's Petition for Fees [DE 23], the Response [DE 24] in which Defendant consents to direct payment to Luis A. Segarra, Esq., the Court will affirm the Report. Accordingly, it is hereby

ORDERED that

(1)    Magistrate Judge Dube's Report [DE 25] is AFFIRMED and ADOPTED.

(2)    Plaintiff's Petition for Fees [DE 23] is GRANTED. The Court will concurrently issue a Judgment in favor of Plaintiff and against Defendant for **$5,204.00** in attorney fees and expenses, as well as **$350.00** in filing costs. Fees will be directly payable to Luis A. Segarra, Esq.

(3)    Plaintiff's Motion for Judgment [DE 26, 27] is DENIED AS MOOT.

DONE AND ORDERED in Miami, Florida, this 26th day of August, 2009.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Dube
Counsel of Record